# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC, | |
| Plaintiff, | Civil Action No: 4:22-cv-03258 |
| v. | |
| FLIGHTAWARE LLC, | JURY TRIAL DEMANDED |
| Defendant. | |

## FLIGHTAWARE LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant FlightAware LLC ("FlightAware") discloses the following:

FlightAware is a wholly owned subsidiary of Rockwell Collins, Inc. ("Rockwell Collins"). Raytheon Technologies Corporation ("RTX") is the ultimate parent corporation of Rockwell Collins. RTX is a publicly traded company traded on the New York Stock Exchange (NYSE: RTX). No publicly held corporation owns 10% or more of Raytheon Technologies Corporation's stock.

| | |
|---|---|
| Dated: December 27, 2022 | Respectfully submitted,<br><br>By: */s/ Neil J. McNabnay*<br>Neil J. McNabnay<br>Aaron Pirouznia<br>**FISH & RICHARDSON P.C.**<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>mcnabnay@fr.com<br>pirouznia@fr.com<br><br>Timothy W. Riffe (*pro hac vice* forthcoming)<br>**FISH & RICHARDSON P.C.**<br>1000 Maine Ave SW<br>Washington, D.C.  20024<br>riffe@fr.com<br><br>**COUNSEL FOR DEFENDANT FLIGHTAWARE LLC** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 27, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Neil J. McNabnay*
Neil J. McNabnay