# Exhibit B

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

## CLAIM CHART

### U.S. PATENT NO. 10,820,147 – Claim 1

| Claim 1 | | Corresponding Structure in Accused System - FlightAware |
|---|---|---|
| [1a] | A wireless communications system including: | FlightAware, ("FlightAware") controls and operates a wireless communication system ("technology platform" or "Accused System") that provides a "Free, live flight tracker and flight status app from FlightAware for Android!" *See* https://play.google.com/store/apps/detailsid=com.flightaware.android.liveFlightTracker &hl=en_US&gl=US. FlightAware connects consumers with FlightAware's flight information database. *Id.* <br><br> FlightAware's wireless communications network provides real-time flight information. Specifically, FlightAware's Accused System sends "flight details such as route, estimated time of arrival, actual time of departure, aircraft type, speed, altitude, high-resolution photos of the actual aircraft & more." *Id.* This information is stored in FlightAware's database and is transferred to the mobile devices through a wireless communications system that FlightAware controls and benefits from. *See,* https://play.google.com/store/apps/details?id=com.flightaware.android.liveFlightTracker&hl=en_US&gl=US. |
| [1b] | a first radio-frequency transceiver within a wireless mobile communications device and an associated first antenna to which the first radio-frequency transceiver is coupled | FlightAware's Accused System includes a wireless mobile communication device. The wireless mobile communication device—which can include but is not limited to devices such as the Samsung Galaxy S21, Samsung Galaxy S20, Google Pixel 2, Samsung Galaxy S9, Google Nexus 5x, etc.—includes radio-frequency transceivers and an associated antenna. When the wireless communication device's transceivers and antennas are in communication, they are coupled. |

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED



**FlightAware App Installed on Android 9.0**

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

**Step 4**



  

- That wasn't so bad! Things are looking up for the 5X as we get our first glimpse at the interior of the phone.

- The Wi-Fi, MIMO, and GPS antennae still reside on the rear case, along with the NFC antenna which formerly lived on its own control board. Unfortunately, those super convenient labels from the Nexus 5 have transformed into cryptic codes.

- Luckily, this sticker on the inside of the back panel has all the essentials: IMEI, country of origin, and the model number: LG-H790.

- Our spirits soared as we spied the 2700 mAh battery sitting in plain view—a removable battery is hard to come by these days.

- But alas, it was not to be. The battery connector is squirreled away beneath the midframe, and it's totally inaccessible *for now*.

**Source: Google Nexus 5x Teardown** (https://www.ifixit.com/Teardown/Nexus+5X+Teardown/51318)

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

### Step 10



- Much to our disappointment, the motherboard *isn't* powered by a Mr. Fusion:
- ● Samsung K3QF3F30BM-QGCF 2 GB LPDDR3 RAM, with the Qualcomm Snapdragon 808 layered beneath
- ● Toshiba THGBMFG7C2LBAIL 16 GB eMMC 5.0 Flash Memory
- ● Qualcomm WTR3925 LTE Transceiver (Also found in LG G4/HTC One M9)
- ● Qualcomm SMB1358 Quick Charge 2.0 IC
- ● Qualcomm PMI8994 Power Management IC (Also found in LG G4, HTC One M9, and OnePlus Two)
- ● Qualcomm WCD9330 Audio Codec (Also found in LG G4 and OnePlus Two)
- ● Skyworks SKY77814-11 power amplifier module for LTE (Also found in OnePlus Two)

**Source: Google Nexus 5x Teardown** (https://www.ifixit.com/Teardown/Nexus+5X+Teardown/51318)

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

FlightAware's system utilizes the wireless mobile communication device for various data which FlightAware uses to operate its system, including but not limited to mobile communication device location, application interaction, diagnostics, and device identification information. *See e.g.*:

**Data collected**
Data this app may collect

📍 **Location**
Approximate location and Precise location ⌄

◉ **Personal info**
Name, Email address, User IDs, Sexual orientation, and Other info ⌄

🔑 **App activity**
App interactions and In-app search history ⌄

∿ **App info and performance**
Crash logs and Diagnostics ⌄

▢ **Device or other IDs**
Device or other IDs ⌄

**Source:** https://play.google.com/store/apps/datasafety?id=com.flightaware.android.liveFlightTracker&hl=en_US&gl=US

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED



**Source:** https://play.google.com/store/apps/datasafety?id=com.flightaware.android.liveFlightTracker&hl=en_US&gl=US

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

| [1c] | wherein the first radio-frequency transceiver is configured for radio-frequency communication with a wireless communications network; | The wireless mobile communication device is configured for radio-frequency communication with a wireless communications network because the transceiver of each of the previously mentioned exemplary devices is configured for radio-frequency communication with the wireless communication network. The following exemplifies the existence of this limitation in Accused Systems: **Step 4**     **Source: Google Nexus 5x Teardown** (https://www.ifixit.com/Teardown/Nexus+5X+Teardown/51318) |

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

**Step 10**



- Much to our disappointment, the motherboard *isn't* powered by a Mr. Fusion:
  - Samsung K3QF3F30BM-QGCF 2 GB LPDDR3 RAM, with the Qualcomm Snapdragon 808 layered beneath
  - Toshiba THGBMFG7C2LBAIL 16 GB eMMC 5.0 Flash Memory
  - Qualcomm WTR3925 LTE Transceiver (Also found in LG G4/HTC One M9)
  - Qualcomm SMB1358 Quick Charge 2.0 IC
  - Qualcomm PMI8994 Power Management IC (Also found in LG G4, HTC One M9, and OnePlus Two)
  - Qualcomm WCD9330 Audio Codec (Also found in LG G4 and OnePlus Two)
  - Skyworks SKY77814-11 power amplifier module for LTE (Also found in OnePlus Two)

**Source: Google Nexus 5x Teardown** (https://www.ifixit.com/Teardown/Nexus+5X+Teardown/51318)

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

| [1d] | a first processor within the wireless mobile communications device coupled to the at least one first radio-frequency transceiver programmed to receive information indicative of a location of the wireless mobile communications device and generate an indication of a location of the wireless mobile communications device with respect to geographic features according to mapping information stored within the wireless mobile communications device, | The wireless mobile communications device includes a processor. When the wireless communication device's transceivers and processors are in communication, they are coupled. FlightAware's Accused System utilizes the processor coupled to the transceiver to receive the location of the mobile wireless communications device. |
|---|---|---|

**Step 4**

   

- That wasn't so bad! Things are looking up for the 5X as we get our first glimpse at the interior of the phone.

- The Wi-Fi, MIMO, and GPS antennae still reside on the rear case, along with the NFC antenna which formerly lived on its own control board. Unfortunately, those super convenient labels from the Nexus 5 have transformed into cryptic codes.

- Luckily, this sticker on the inside of the back panel has all the essentials: IMEI, country of origin, and the model number: LG-H790.

- Our spirits soared as we spied the 2700 mAh battery sitting in plain view—a removable battery is hard to come by these days.

- But alas, it was not to be. The battery connector is squirreled away beneath the midframe, and it's totally inaccessible *for now*.

**Source: Google Nexus 5x Teardown** (https://www.ifixit.com/Teardown/Nexus+5X+Teardown/51318)

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

**Data collected**

Data this app may collect

Location
Approximate location and Precise location

Personal info
Name, Email address, User IDs, Sexual orientation, and Other info

App activity
App interactions and In-app search history

App info and performance
Crash logs and Diagnostics

Device or other IDs
Device or other IDs

**Source:** https://play.google.com/store/apps/datasafety?id=com.flightaware.android.liveFlightTracker&hl=en_US&gl=US

FlightAware's system generates an indication of the location of the wireless mobile communication device with respect to geographic features according to mapping information stored within the wireless mobile device. Icon (for example, the "Current Location") on the FlightAware application indicates the location of the wireless communication device with respect to the various geographical features such as streets, cities, or any point of interest.

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED



**Source:** FlightAware App Displaying "Current Location" Using Location Information Received From Wireless Mobile Device with Respect to Geographic Features

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

| [1e] | and wherein the first processor determines user navigation information and displays the user navigation information according to the location of the wireless mobile communications device with respect to the geographic features and a destination specified at the wireless mobile communications device, | FlightAware's Accused System generates a flight path, flight duration information, and a visual representation of a flight (with respect to geographic features such as rivers, oceans, lakes, roads, etc.) when a destination is specified on the mobile communication device.<br><br><br><br>**Source:** FlightAware's Accused System allowing for specification of destination on the mobile communication device |
|---|---|---|

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED



**Source:** FlightAware's System Displaying Navigation Information with Respect to Device Location, Destination, and Geographic Features

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED



**Source**: FlightAware's Accused system showing navigation information of flights according to device location "Nearby Me" and with respect to geographic features (ocean, lakes, etc.)

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

| [1f] | wherein the first processor further sends the user navigation information to the network as a number of segments, | The processor can send the navigation information to the network as a number of segments such as flight time and path elapsed vs. flight time and path forthcoming.  **Source:** FlightAware Displaying ETA Information for a Route |

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

| [1g] | wherein at least one other processor outside the network updates the user navigation information in conformity with traffic congestion information accessible to the at least one other processor outside the network by computing a numerical value for the segments corresponding to the expected time to travel through the segments, | FlightAware's application-based service relies on a FlightAware server outside the network to provide location, route, and timing information related to a flight. This information can constitute congestion information at, for example, a destination airport. This congestion information is then reflected in FlightAware's estimated departure and/or arrival times of flights.<br><br>This information is used to calculate the value of segments corresponding to expected travel time. For example, FlightAware calculates an "elapsed" time segment and a "remaining" time segment.<br><br><br><br>**Source:** FlightAware Displaying "elapsed" and "remaining" segment values for a route |
| --- | --- | --- |

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

| [1h] | updates the user navigation information in conformity with the numerical values for the segments, and sends the updated user navigation information to the wireless mobile communications device; | FlightAware's application updates navigation information in conformity with the numerical values for the segments and sends the updated navigation information to the wireless mobile communications device. Additionally, FlightAware updates the navigation information along a real-time path as a flight travels to its destination. This updated path is sent to the wireless mobile communication device.<br><br><br><br>**Source: FlightAware App Displaying ETA Information for Current Route** |

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

| [1i] | at least one second radio-frequency transceiver and an associated at least one second antenna of the wireless communications network to which the second radio-frequency transceiver is coupled; and | FlightAware's Accused System can include another wireless mobile communication device. The wireless mobile communication device—which can include but is not limited to devices such as the Samsung Galaxy S21, Samsung Galaxy S20, Google Pixel 2, Samsung Galaxy S9, Google Nexus 5x, etc.—includes radio-frequency transceivers and an associated antenna. When the wireless communication device's transceivers and antennas are in communication, they are coupled.<br><br><br>**FlightAware App Installed on Android 9.0** |

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

**Step 4**

  



- That wasn't so bad! Things are looking up for the 5X as we get our first glimpse at the interior of the phone.

- The Wi-Fi, MIMO, and GPS antennae still reside on the rear case, along with the NFC antenna which formerly lived on its own control board. Unfortunately, those super convenient labels from the Nexus 5 have transformed into cryptic codes.

- Luckily, this sticker on the inside of the back panel has all the essentials: IMEI, country of origin, and the model number: LG-H790.

- Our spirits soared as we spied the 2700 mAh battery sitting in plain view—a removable battery is hard to come by these days.

- But alas, it was not to be. The battery connector is squirreled away beneath the midframe, and it's totally inaccessible *for now*.

**Source: Google Nexus 5x Teardown** (https://www.ifixit.com/Teardown/Nexus+5X+Teardown/51318)

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

**Step 10**



- Much to our disappointment, the motherboard *isn't* powered by a Mr. Fusion:
  - Samsung K3QF3F30BM-QGCF 2 GB LPDDR3 RAM, with the Qualcomm Snapdragon 808 layered beneath
  - Toshiba THGBMFG7C2LBAIL 16 GB eMMC 5.0 Flash Memory
  - Qualcomm WTR3925 LTE Transceiver (Also found in LG G4/HTC One M9)
  - Qualcomm SMB1358 Quick Charge 2.0 IC
  - Qualcomm PMI8994 Power Management IC (Also found in LG G4, HTC One M9, and OnePlus Two)
  - Qualcomm WCD9330 Audio Codec (Also found in LG G4 and OnePlus Two)
  - Skyworks SKY77814-11 power amplifier module for LTE (Also found in OnePlus Two)

**Source: Google Nexus 5x Teardown** (https://www.ifixit.com/Teardown/Nexus+5X+Teardown/51318)

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

| [1j] | a second processor coupled to the at least one second radio-frequency transceiver programmed to acquire the information indicative of a location of the wireless mobile communications device, | In FlightAware's Accused system, the another wireless mobile communication device can be in communication with the FlightAware platform. The other wireless mobile communication device can include a processor. When the another wireless communication device's transceivers and processor are in communication, they are coupled. FlightAware's Accused System utilizes the processor coupled to the transceiver to receive the location of the another mobile wireless communications device.<br><br>**Step 4**<br><br><br><br>- That wasn't so bad! Things are looking up for the 5X as we get our first glimpse at the interior of the phone.<br>- The Wi-Fi, MIMO, and GPS antennae still reside on the rear case, along with the NFC antenna which formerly lived on its own control board. Unfortunately, those super convenient labels from the Nexus 5 have transformed into cryptic codes.<br>- Luckily, this sticker on the inside of the back panel has all the essentials: IMEI, country of origin, and the model number: LG-H790.<br>- Our spirits soared as we spied the 2700 mAh battery sitting in plain view—a removable battery is hard to come by these days.<br>- But alas, it was not to be. The battery connector is squirreled away beneath the midframe, and it's totally inaccessible for now.<br><br>**Source: Google Nexus 5x Teardown** (https://www.ifixit.com/Teardown/Nexus+5X+Teardown/51318) |

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED



**Source:**
https://play.google.com/store/apps/datasafety?id=com.flightaware.android.liveFlightTracker&hl=en_US&gl=US

FlightAware's system generates an indication of the location of the wireless mobile communication device with respect to geographic features according to mapping information stored within the wireless mobile device. Icon (for example, the "Current Location") on the FlightAware application indicates the location of the wireless communication device with respect to the various geographical features such as streets, cities, or any point of interest.

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED



**Source: FlightAware App Displaying "Current Location" Using Location Information Received From Wireless Mobile Device with Respect to Geographic Features**

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

| [1k] | wherein the second processor selectively acquires the information indicative of a location of the wireless mobile communications device dependent on the setting of preference flags, | FlightAware's Accused System utilizes the second processor to selectively acquire the location of the wireless communication device. For example, if the location preference flag on the wireless communication device is set or turned "ON", the second processor will acquire location information.<br><br><br><br>**Source: Android Settings > Privacy > Permission Manager > Location > FlightAware** |
|------|------|------|

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

| [1] | wherein the second processor acquires the information indicative of a location of the wireless mobile communications device if the preference flags are set to a state that permits tracking of the wireless mobile communications device, | The wireless mobile communication devices of FlightAware's Accused System allow for the setting of preference flags that enable or disable accessibility to data relevant to the device's location by the second processor.<br><br>The second processor will only be able to determine and track the location of the wireless communication device if the location preference flag on the wireless communication device is turned "ON" (that is, locations privacy settings are set to "On").<br><br><br><br>**Source: Android Settings > Privacy > Permission Manager > Location > FlightAware** |

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

| [1m] | and wherein the second processor does not acquire the information indicative of the location of the wireless mobile communications device if the preference flags are set to a state that prohibits tracking of the wireless mobile communications device | If the preference flags are not enabled on the wireless mobile communication device, the second processor does not proceed with determining the device's location or communicating that location.<br><br>The second processor will not be able to determine and track the location of the wireless mobile communication device if the location flag on the wireless communication device is turned off (that is, locations privacy settings are set to "off").<br><br><br><br>**Source: Android Settings > Privacy > Permission Manager > Location > FlightAware** |
|------|------|------|