United States District Court
Southern District of Texas
**ENTERED**
April 06, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Traxcell Technologies, LLC, § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action H-22-3258 |
| § | |
| FlightAware, LLC, § | |
|     Defendant. § | |

## ORDER

Plaintiff filed its First Amended Complaint for Patent Infringement. ECF No. 33. Defendant's Motion to Dismiss, ECF No. 15, is therefore **DENIED as MOOT**.

Signed at Houston, Texas, on April 6, 2023.

_____
Peter Bray
United States Magistrate Judge