# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC,    )<br>       Plaintiff,                                      )<br>                                                          )    Civil Action No. 4:22-cv-03258<br>v.                                                      )<br>                                                          )<br>FLIGHTAWARE, LLC,                       )    JURY TRIAL DEMANDED<br>       Defendant.                                   ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(ii), the Plaintiff, Traxcell Technologies, LLC and Defendant, FlightAware, LLC, hereby jointly stipulate the dismissal of this action for all of Plaintiff's claims.  The Parties further jointly stipulate and agree that the dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent.  The Parties further jointly stipulate and agree that each party shall bear its own costs, expenses and attorneys' fees.

Dated:  August 4, 2023

Respectfully submitted,

*/s/ Aaron Pirouznia*_____
Neil J. McNabnay
Aaron Pirouznia
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
mcnabnay@fr.com
pirouznia@fr.com

Timothy W. Riffe
Fish & Richardson P.C.
1000 Maine Ave SW
Washington, D.C.  20024
riffe@fr.com

COUNSEL FOR DEFENDANT FLIGHTAWARE LLC

*/s/ William P. Ramey, III*

William P. Ramey, III
Texas Bar No. 24027643
**Ramey LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
wramey@rameyfirm.com

*Attorneys for Traxcell Technologies, LLC*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that August 4, 2023, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ William P. Ramey, III*
William P. Ramey, III